

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00382-CR

John David **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12023W
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment revoking community supervision is AFFIRMED.

SIGNED April 22, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice